UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.           CASE NO. 2:01CR20040-001

JOHN ALISON SMALLWOOD                                        DEFENDANT

## ORDER

Currently before the court is Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. §3582(c)(2) (Doc. 25) and the Government's Response (Doc. 26). Defendant moves the Court to reduce his sentence contending that his guideline sentencing range was incorrectly calculated utilizing U.S.S.G. §2F1.1 which was deleted and consolidated with U.S.S.G. §2B1.1 prior to his sentencing.

Defendant's argument is without merit as Defendant had the opportunity to challenge the calculation of his guideline sentencing range at the time of sentencing and on direct appeal and did not do so. Defendant's failure to raise this objection at sentencing or on appeal procedurally bars him from raising the issue. *See United States v. Murphy*, 248 F.3d 777 (8th Cir. 2001). Further, even if Defendant's objection should not be barred, it is without merit as his offense level would have been the same if calculated under §2B1.1 or §2F1.1. Therefore, Defendant would have received the same sentence. Upon due consideration, the motion is DENIED.

IT IS SO ORDERED this 13th day of March 2006.

                                            <u>/s/ Robert T. Dawson</u>
                                            Honorable Robert T. Dawson
                                            United States District Judge

AO72A
(Rev. 8/82)